# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                       NO. 4:14CR00099-01 JLH

SHANE PADILLA                                                                            DEFENDANT

## ORDER

On April 4, 2014, United States Magistrate Judge Beth Deere appointed Assistant Federal Public Defender Latrece Gray to represent defendant Shane Padilla in this matter. Attorney Jack Lassiter filed a motion to enter as attorney of record in this case on August 27, 2014. The motion is granted. Document #18.

IT IS HEREBY ORDERED that Jack Lassiter is hereby substituted as counsel of record for defendant Shane Padilla, and Latrece Gray is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 28th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE